| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2012 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial) Goldberg, Mitchell S. | 2. Court or Organization U.S. District Court, Eastern District of Pennsylvania | 3. Date of Report 08/29/2013 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U. S. District Judge - Active Status | 5a. Report Type (check appropriate type) ☐ Nomination   Date ☐ Initial   ☑ Annual   ☐ Final  5b. ☑ Amended Report | 6. Reporting Period 01/01/2012 to 12/31/2012 |
| 7. Chambers or Office Address Room 7614, U. S. Courthouse 601 Market Street Philadelphia, PA 19106 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. 2/03 | Pennsylvania Employee Retirement System |
| 2. 2012 | Drexel Law School (Teaching appointment to start September, 2012) |
| 3. 2012 | Temple Law School (Teaching appointment to start January, 2012) |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldberg, Mitchell S. | 08/29/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2012 | Drexel Law School - Payment for teaching | $7,500.00 |
| 2. 2012 | Trust Distribution | $750.00 |
| 3. 2012 | Pennsylvania Employee Retirement System | $13,818.00 |
| 4. 2012 | Temple Law School - Payment for teaching | $5,196.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | Heartsine Technologies - salary |
| 2. 2012 | Independent Yoga Instructor |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | 8/1/12 - 8/3/12 | Chicago, Illinois | Annual Meeting - Speaker | Transportation, meals, hotel |
| 2. | PLI | 2/17/12 | New York, NY | NYIPLA Seminar - Speaker | Transportation, meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldberg, Mitchell S. | 08/29/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldberg, Mitchell S. | 08/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust - 1/3 Interest - property located in Stewart, FL | B | Rent | M | W | | | | | |
| 2. American Fund #1 - 529 - age or risk based - no control | A | Interest | J | T | | | | | |
| 3. American Fund #2 - 529 - age or risk based - no control | A | Dividend | K | T | | | | | |
| 4. Morgan Stanley Smith Barney #1 - Common stocks & options: | | | | | | | | | |
| 5. Baxter Intl Inc Ref: | A | Dividend | K | T | Buy | 1/19/12 | K | | |
| 6. Cardinal Health Inc Ref: | A | Dividend | K | T | Buy | 6/20/12 | K | | |
| 7. Bristol Myers Squibb Co. | A | Dividend | J | T | | | | | |
| 8. HCP Inc. | A | Dividend | K | T | | | | | |
| 9. Kimberly Clark Corp. | A | Dividend | K | T | | | | | |
| 10. Metlife Inc. | A | Dividend | K | T | | | | | |
| 11. Microsoft Corp. | A | Dividend | K | T | | | | | |
| 12. Pepsico Inc. | A | Dividend | J | T | | | | | |
| 13. Sysco Inc. | A | Dividend | J | T | | | | | |
| 14. Wal-Mart Stores Inc. | | None | | | Sold | 5/23/12 | K | A | |
| 15. E I Du Pont De Nemours & Co | A | Dividend | K | T | | | | | |
| 16. Energy Transfer Partners L.P Unit L.P Int | B | Dividend | K | T | | | | | |
| 17. Hewlett Packard Co | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldberg, Mitchell S. | 08/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Morgan Stanley Smith Barney Corporate Bonds: | | | | | | | | | |
| 19. General Electric Cap Corp. | B | Interest | K | T | | | | | |
| 20. Berkshire Hathaway Fin. Corp. | B | Interest | K | T | | | | | |
| 21. Pepsico Inc. | B | Interest | K | T | | | | | |
| 22. Morgan Stanley Smith Barney Certificates of Deposit: | | | | | | | | | |
| 23. Ally Bank-UT (Formerly GMAC Bank) #1 | A | Interest | K | T | | | | | |
| 24. Ally Bank-UT (Formerly GMAC Bank) #2 | A | Interest | | | Matured | 4/15/12 | K | A | |
| 25. Ally Bank-UT (Formerly GMAC Bank) #3 | A | Interest | K | T | | | | | |
| 26. ST BK India NY CD | A | Interest | K | T | Buy | 4/17/12 | K | | See Part VIII |
| 27. Ally Bank - UT #4 (Formerly Federal Home Loan Mortgage Corp. | A | Interest | K | T | | | | | |
| 28. Morgan Stanley Smith Barney #2 - Financial: Management Acct. | | | | | | | | | |
| 29. Citibank | A | Interest | J | T | | | | | |
| 30. Powershares QQQ TR Ser 1 | A | Dividend | J | T | | | | | |
| 31. Exxon Mobil Corp | A | Dividend | J | T | | | | | |
| 32. LMP Short-Term Bond Fund Class C | A | Dividend | J | T | | | | | See Part VIII |
| 33. Western Asset Short-Term Bond Fund f/k/a LMP Short-Term Bond | A | Dividend | J | T | | | | | |
| 34. Waste Mgmt Inc Del | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Morgan Stanley Smith Barney #3 - common stock | | | | | | | | | |
| 36. Tyco Intl Ltd Chf | A | Dividend | J | T | | | | | |
| 37. The ADT Corp. com | A | Dividend | J | T | Buy | 01/01/12 | J | | See Part VIII |
| 38. Baxter Intl Inc | A | Dividend | J | T | | | | | |
| 39. Pentair Ltd. | A | Dividend | J | T | Buy | 01/01/12 | J | | See Part VIII |
| 40. Pepsico Inc | A | Dividend | J | T | | | | | |
| 41. Waste Mgmt Inc Del | A | Dividend | J | T | | | | | |
| 42. Oppenheimer Fund - Retirement IRA | | None | K | T | | | | | |
| 43. Sirius XM Radio, Inc. - Stock | A | Dividend | J | T | | | | | |
| 44. Savings & Checking Accounts: | | | | | | | | | |
| 45. ING Direct Savings Account (X) | A | Interest | K | T | | | | | |
| 46. TD Bank Checking Account (X) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 26 - This item was opened as a result of the maturing of line 24.

Part VII, lines 37 and 39 were acquired on 9/6/11 and inadvertently omitted from the 2011 Report.

Part VII, lines 32 and 33 - Line 32 should not have been placed on the report, this asset (LMP Short-Term Bond Fund Class C) had a name change to Western Asset Short-Term Bond Fund which is listed in line 33.

| Name of Person Reporting | Date of Report |
|---|---|
| Goldberg, Mitchell S. | 08/29/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mitchell S. Goldberg**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544